UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLORIA DENISE POSTELL,

    Plaintiff,

v.                                    Case No. 6:21-cv-1650-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation (Doc. 28 ("R&R")) submitting that the Court should affirm the Commissioner's decision (Doc. 27). The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 28) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. The Commissioner's decision (Doc. 27) is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the

Commissioner and against Plaintiff and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 5, 2022.

ROY B. DALTON JR.
United States District Judge